# FENWICK

902 Broac
Suite 14
New York,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2023

Matthew F. Damm
mdamm@fenwick.com  |  +1 212-430-2732

June 12, 2023

**VIA ECF**

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Maria Dimeglio v. Tropicofc Inc.*, Case: 1:23-CV-03989-AT—First Request for An Extension of Time to Respond to Complaint

Dear Judge Torres:

Fenwick & West LLP represents Defendant Tropicofc Inc. ("Tropicofc") in the above-captioned matter. Through this letter motion, and with consent of Plaintiff's counsel, Tropicofc requests an extension of the deadline to respond to Plaintiff's Complaint. Tropicofc's current deadline to respond to the Complaint is June 15, 2023. Tropicofc requests, and Plaintiff agrees, that Tropicofc may have until July 6, 2023 to respond to the Complaint. The additional time is needed for Tropicofc to investigate the allegations underlying Plaintiff's Complaint. This is Tropicofc's first request for an extension, and if granted, will not affect any other scheduled dates in this matter.

Based on the foregoing, Tropicofc respectfully requests that the Court extend the responsive deadline as outlined above. Thank you.

Sincerely,

FENWICK & WEST LLP

*s/ Matthew F. Damm*

Matthew F. Damm (MD0287)

GRANTED.

SO ORDERED.

Dated: June 13, 2023
New York, New York

ANALISA TORRES
United States District Judge